IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> ARMSTRONG FLOORING, INC., *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 22-10426 (MFW) <br><br> (Jointly Administered) |
| Alfred T. Giuliano, Chapter 7 Trustee for the Estate of Armstrong Flooring, Inc., <br><br> Plaintiff, <br> vs. <br><br> Hong Kong Edson Trading Ltd., <br><br> Defendant. | Adv. No. 23-50107 |

## JUDGMENT BY DEFAULT

Default was entered against Defendant, Hong Kong Edson Trading Ltd. on _____. The Plaintiff has requested entry of judgment by default and has filed a declaration of the amount due and stating that this Defendant is a business entity and therefore not an individual in the military service. Furthermore, it appears from the record that this Defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this Defendant in favor of the Plaintiff as follows:

        Principal:                      $1,356,994.32
        Filing Fee Costs:           $350.00
        Total:                           $1,357,344.32

_____                                          _____
*Date*                                                          *Clerk of the Bankruptcy Court*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their respective tax identification numbers, are as follows: Armstrong Flooring, Inc. (3305); AFI Licensing LLC (3265); Armstrong Flooring Latin America, Inc. (2943); and Armstrong Flooring Canada Ltd. (N/A).