IN RE: ARMSTRONG FLOORING, INC., *et al.*,
CASE NO. 22-10426 (MFW) ADV NO. 23-50107
HONG KONG EDSON TRADING LTD.

# CERTIFICATION OF SERVICE

## STATE OF MINNESOTA, COUNTY OF DAKOTA

I am a resident of the County aforesaid. I am over the age of 18 years and not a party to the within entitled action. My business employment address is

2600 Eagan Woods Drive, Suite 400, St. Paul, Minnesota 55121

On the date indicated immediately above my signature below, I served the foregoing documents described as:

1. **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
2. **PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT**
3. **DECLARATION OF JENNIFER A. HEPOLA**
4. **PROPOSED ENTRY OF DEFAULT**
5. **PROPOSED JUDGMENT BY DEFAULT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at St. Paul, Minnesota, addressed as follows:

Defendant
Offficer, Managing or General Agent
Hong Kong Edson Trading Ltd.
Unit 1002, 10th Floor
Perfect Commercial Building
20 Austin Avenue
Tsim Sha Tsui
Kowloon
Hong Kong SAR, China

__X__ (By Regular Mail) I caused such envelope with first class postage thereon, fully prepaid to be placed in the United States mail.

____ (Federal) I declare that I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of Minnesota and the laws of the United States of America that the foregoing is true and correct.

Executed at St. Paul, Minnesota on March 26, 2024.

　/s/ *Jennifer Hepola*
Jennifer Hepola, Declarant